**Order entered August 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00872-CV

### IN THE INTEREST OF L.M.C AND E.H.C., CHILDREN

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-54113-2010**

## ORDER

Before the Court is appellant's August 11, 2014 motion to extend time to file appellant's reply brief. Appellant's motion is **GRANTED** and appellant's reply brief received on August 11, 2014 is **ORDERED** filed as of the date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE